

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00533-CV

**IN RE** Gary **DANIELS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: August 14, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On August 6, 2019, relator filed a petition for writ of mandamus and an emergency motion for stay. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015-CI-20628, styled *In the Matter of the Marriage of Gary Daniels and Alissa Daniels and In the Interest of L.M.D., D.K.D., and T.M.D., Children*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.